AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

RENO FLYING SERVICE, INC.; and
AMERICAN MEDFLIGHT, INC.,
                Plaintiff(s),

V.

PIPER AIRCRAFT, INC.; COLUMBIA AIR
SERVICES, INC.; and DOES 1-50, Inclusive
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:2013-cv-04346 (NC)

Notice is hereby given that, subject to approval by the court, __Piper Aircraft, Inc.__ substitutes (Party(s) Name)

__Michael J. Terhar__, State Bar No. __89491__ as counsel of record in
(Name of New Attorney)

place of __Nathan L. Winegar, Esq.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: ROSE WALKER, LLP
    Address: 2 North Lake Avenue, Suite 550, Pasadena, CA 91101
    Telephone: (626) 765-3000    Facsimile: (626) 765-3030
    E-Mail (Optional): mterhar@rosewalker.com

I consent to the above substitution.
Date: December 2, 2013

*Piper Aircraft, Inc.*
*Margaret Napolitan*
(Signature of Party(s))

I consent to being substituted.
Date: DECEMBER 2, 2013

*NATHAN WINEGAR*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/2/13

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 4, 2013

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new appearance.]