1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RENO FLYING SERVICES, INC., and AMERICAN MEDFLIGHT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PIPER AIRCRAFT, INC., COLUMBIA AIR SERVICES, INC., and DOES 1-50, Inclusive, <br><br> Defendants. | Case No. 13-cv-04346 NC <br><br> **ORDER GRANTING PLAINTIFFS' RULE 56(d) REQUEST TO POSTPONE DEFENDANT'S SUMMARY JUDGMENT HEARING DATE AND BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 24 |
| PIPER AIRCRAFT, INC., <br><br> Cross-Complainant, <br><br> v. <br><br> RENO FLYING SERVICES, INC., AMERICAN MEDFLIGHT, INC., and ROES 1-50, Inclusive, <br><br> Cross-Defendants. | |

On April 18, 2014, plaintiffs moved under Federal Rule of Civil Procedure 56(d) for an order postponing the hearing on defendant Piper Aircraft's pending motion for summary judgment and extending by 30 days plaintiffs' deadline to file an opposition to that motion.

Case No. 13-cv-04346 NC
ORDER GRANTING PLAINTIFFS'
RULE 56(d) REQUEST

Dkt. No. 24. Plaintiffs assert that this extension is necessary to allow them to conduct limited discovery and investigate the circumstances surrounding an Express Limited Warranty which only recently was provided to plaintiffs and is a substantial basis for defendant's summary judgment motion. *Id.*

Having received no opposition to this request from defendant, the Court GRANTS plaintiffs' request under Rule 56(d) as follows:

The hearing on defendants' motion for summary judgment currently set for May 21, 2014 is continued to June 18, 2014 at 1:00 p.m.

The new deadline for plaintiffs to file a response to the motion for summary judgment is May 22, 2014. By that date, plaintiffs may conduct discovery limited to the subject of the Limited Warranty identified in their Rule 56(d) motion.

The new deadline for defendant to file a reply is May 29, 2014.

IT IS SO ORDERED.

Date: April 23, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge