AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

RENO FLYING SERVICE, INC.; and
AMERICAN MEDFLIGHT, INC.,
                    Plaintiff(s),
            v.
PIPER AIRCRAFT, INC.; COLUMBIA AIR
SERVICES, INC.; and DOES 1-50, Inclusive,
                    Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:2013-cv-04346 (NC)

Notice is hereby given that, subject to approval by the court, __Piper Aircraft, Inc.__ substitutes
(Party (s) Name)

__Michael J. Terhar__, State Bar No. __89491__ as counsel of record in
(Name of New Attorney)

place of __Randolph S. Hicks, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | ROSE WALKER, LLP |
| Address: | 2 North Lake Avenue, Suite 550, Pasadena, CA 91101 |
| Telephone: | (626) 765-3000     Facsimile (626) 765-3030 |
| E-Mail (Optional): | mterhar@rosewalker.com |

I consent to the above substitution.
Date: April 28, 2014

Piper Aircraft, Inc.
_(signature)_
(Signature of Party (s))

I consent to being substituted.
Date: April 24, 2014

Randolph S. Hicks
_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 28, 2014

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 6, 2014

GRANTED
_(signature)_
Judge Nathanael M. Cousins

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]